

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-17-00735-CR & 04-17-00736-CR

Porucha Denise **PHILLIPS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016CR9222A, 2016CR9223A
Honorable Laura Lee Parker, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED January 24, 2018.

_____
Patricia O. Alvarez, Justice